## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## BALTIMORE DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.*, | |
| *Plaintiffs*, | |
| v. | Civil Action No. 25-cv-00702 |
| DENISE CARTER, *et al.*, | |
| *Defendants*. | |

### DECLARATION OF DR. SARAH JOHNSON IN SUPPORT OF APPLICATION FOR TEMPORARY RESTRAINING ORDER / PRELIMINARY INJUNCTION

I, Dr. Sarah Johnson, declare and state under penalty of perjury the following:

1. I am the Chief Executive Officer of Teaching Lab, and have served in this role since 2018. Teaching Lab is a national not-for-profit corporation with a mission to improve teacher practice and student learning through curriculum-based professional learning and coaching.

2. I am over the age of 18, and I am competent in all respects to testify to the matters below. I understand that this Declaration is for use in connection with the above-captioned civil action, and I make this Declaration based upon my own personal knowledge and my review of the Teaching Lab's business records.

3. Teaching Lab is a member organization of the American Association of Colleges for Teacher Education, which is a plaintiff in this action.

4. I received my doctorate in Education Leadership from the Harvard Graduate School of Education. I also hold an undergraduate degree in neuroscience at Emory University, where I graduated *summa cum laude,* and received my Master's degree in teaching from American University.

5. I have dedicated my life to public service, with the goal of improving instructional quality and educational outcomes for students of all backgrounds.

6. To prepare this declaration, I relied upon information known to me personally and which I directed my staff to collect and verify based on my organization's records.

7. In October of 2023, Teaching Lab was awarded a Teacher and School Leader Incentive Program ("TSL") grant of $16,996,398 to be disbursed over three years (the "Grant"). The total award was subsequently reduced to $14,147,653 due to Congressional appropriations activity.

8. The Grant covers what has been codenamed Teaching Lab Project RISE (Refine, Innovate, Share, and Elevate). For this Grant, Project RISE involved: (i) implementation of Teaching Lab's teacher leadership and coaching model for public K-12 school systems located in Milwaukee, Wisconsin, Kemper, Mississippi, El Paso, Texas, and Osceola, Arkansas (the "Public School Beneficiaries"); (ii) development of human capital management systems in the foregoing districts; and (iii) a rigorous, randomized controlled trial on Teaching Lab's teacher development and coaching model, to be conducted in partnership with American Institutes for Research ("AIR"), focused on the work in Milwaukee.

9. Across all of the Public School Beneficiaries, Teaching Lab's programs through the Grant impact more than 40 schools and more than 150 teachers, whose instruction in turn reaches well over 6,000 K-12 students.

10. On February 18, 2025, Teaching Lab received an updated Grant Award Notification from the Department of Education that stated that the grant was terminated because it is "inconsistent with, and no longer effectuates, Department priorities." A true and correct copy of the Grant Award Notification is attached as **Exhibit A**.

11. Also on February 18, 2025, Teaching Lab received a letter from the Department of Education that stated as follows:

> It is a priority of the Department of Education to eliminate discrimination in all forms of education throughout the United States. The Acting Secretary of Education has determined that, per the Department's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Department's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Illegal DEI policies and practices can violate both the letter and purpose of Federal civil rights law and conflict with the Department's policy of prioritizing merit, fairness, and excellence in education….the grant specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights law; that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Department priorities.

A true and correct copy of the above-referenced letter is attached as **Exhibit B**.

12. After February 18, 2025, Teaching Lab has not received additional funding from the Department in connection with the Grant.

13. The Grant purported to give Teaching Lab 30 days to serve an appeal. The Department did not commit to any timeline to review the appeal, nor any procedures or standards upon which the appeal would be evaluated.[1]

---

[1] Teaching Lab is evaluating the content of the notice and does not acknowledge or admit that any part of the termination notice or process contemplated therein is lawful or enforceable. This Declaration should not be read as an exhaustive account of all potential bases to challenge the termination of the Grant. Teaching Lab is reserving all rights and remedies under applicable law.

14. Through meetings with other educational leaders I have been made aware that other TSL grant recipients have received similar letters terminating their grants. Though I am not familiar with the particulars of all of these programs, my understanding is that the termination of these other TSL programs follow a similar playbook, with similar contents and asserted justifications.

15. As of the date of this Declaration, Teaching Lab has drawn $6,606,954 from the Grant.

16. As of the date of this Declaration, undisbursed funds under the Grant equal $7,540,698. This figure collectively represents the value of our services to the Public School Beneficiaries, pass through costs for necessary functions such as software licensing, and the aforementioned research services provided by AIR.

17. The Termination Letter, the Department's failure to withdraw the Termination Letter, and the resulting uncertainty regarding the future of the Grant and its programming are causing and will continue to cause serious, irreparable harm to Teaching Lab, the Public School Beneficiaries, and the public.

18. Teaching Lab operates under a fee for service model. Its resources will not enable it to provide the Grant services to the Public School Beneficiaries for free. At this time, Teaching Lab does not have an alternate source of funding. The Public School Beneficiaries have not indicated to me that they have room in their budget to unexpectedly pay for the services, nor have they indicated that additional budget could be immediately procured.

19. Teaching Lab has hired more than two dozen employees and contractors to support the Grant. If the Grant is suspended for any amount of time, Teaching Lab will likely have to furlough or layoff many or all of these workers. As for part time and contracted workers, their

desire to work with Teaching Lab is driven by our ability to provide them hours. They may move on to other opportunities or refuse to work with Teaching Lab again if it cannot provide stable hours as it expected to be able to do through the Grant.

20. Even if the Grant is ultimately restored several months from now, Teaching Lab may not (and probably will not) be able to rehire all of these professionals, depriving us forever of the training it has invested, as well as the learnings and specialized knowledge Teaching Lab gained working closely on Project RISE and with the Public School Beneficiaries and the teachers that work in their communities.

21. Teaching Lab is also extremely concerned about the loss of the rigorous, AIR study which will result from the termination of the Grant. In my experience, it is very difficult to organize such a study using only private resources.

22. The AIR study afforded by the Grant is a material benefit not only to Teaching Lab, but also to other school districts who are evaluating how to spend their limited funds and limited teacher development time and resources to programs with the biggest bang for the buck. An independent study funded impartially by the federal government, and which must be published regardless of the outcome of the study, has immeasurable benefits to the credibility and impact of the study and the public's ability to trust the results.

23. I am also very concerned that if the professionals and the teachers they serve are forced to operate under fear that the Grant programs will be cut, this may irreparably impact the effectiveness of the professionals' work and the buy-in from teachers. So even if Teaching Lab could fund the AIR study itself and achieve the same impact (which it cannot), interrupting the work even for a few months may also impair or infect the results of the study, to the detriment of Teaching Lab and the public.

24. In addition to the loss of the study noted above, the Public School Beneficiaries and the public will be significantly harmed if the Department is permitted to move forward with the termination, as one or more of the Public School Beneficiaries is likely to lose the benefit of Teaching Lab's services.

25. As noted above, Teaching Lab is unable to absorb providing the services contemplated by the Grant for free. Accordingly, the Public School Beneficiaries stand to lose value of up to roughly $7 million in services if the termination moves forward.

26. I also expect that the resource-constrained Public School Beneficiaries, their teachers, and their students, will be permanently deprived of the opportunity to benefit from improved instructional methods and professional development during the first semester of 2025, a harm that could permanently impair outcomes for students who attend schools in the Public School Beneficiaries' districts, if not rectified.

27. Attached hereto as **Exhibit C** is true and accurate copy of a summary showing the positive impact of Teaching Lab's prior work upon student outcomes in a recent project for a public school district in New York City.

28. Though Teaching Lab is only in the first year of its work for the Public School Beneficiaries, its work is currently tracking the significant positive outcomes experienced in New York City.

29. For instance, Teaching Lab's data shows that in Milwaukee, the percentage of 3rd – 5th graders who have demonstrated proficiency on grade level tasks has increased by ***26%*** compared to baseline data before Teaching Lab began its work there. In Osceola, the percentage of student work that was on grade level increased from 68.31% to ***100%*** from the beginning of the year to mid-year, reflecting the impact of our modules enabling teachers to internalize and better

deliver state-selected curricula. Teaching Lab has also experienced substantial improvements in instructional practices and student work quality in El Paso and Kemper, among other benefits already apparent from our early data analysis.

30. These harms prevent Project RISE from engaging in the core activities compelled by its mission and reason for existence.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd day of March, 2025

By: *Sarah Johnson*
Sarah J. Johnson

# Exhibit A

S374A230040 - 24
Cynite Ola
Teaching Lab
1802 Vernon St NW
Pmb 533
Washington, DC 20009

S374A230040 - 24

Sarah Johnson
Teaching Lab
1802 Vernon St. NW
PMB 533
Washington, DC 20009



# US Department of Education
## Washington, D.C. 20202

# GRANT AWARD NOTIFICATION

S374A230040 - 24

| | | | |
|---|---|---|---|
| **1** | **RECIPIENT NAME**<br><br>Teaching Lab<br>1802 Vernon St. NW<br>PMB 533<br>Washington, DC 20009 | **2** | **AWARD INFORMATION**<br><br>PR/AWARD NUMBER   S374A230040 - 24<br>ACTION NUMBER   5<br>ACTION TYPE   Administrative<br>AWARD TYPE   Discretionary |
| **3** | **PROJECT STAFF**<br><br>RECIPIENT PROJECT DIRECTOR<br>  Cynite Ola               512.293.5854<br>  cynite.ola@teachinglab.org<br>EDUCATION PROGRAM CONTACT<br>  Bryan Hale<br>  bryan.hale@ed.gov<br>EDUCATION PAYMENT HOTLINE<br>  G5 PAYEE HELPDESK    888-336-8930<br>  obssed@servicenowservices.com | **4** | **PROJECT TITLE**<br><br>84.374A<br>Teaching Lab's Project RISE: Refine, Innovate, Share, and Elevate |

| | |
|---|---|
| **5** | **KEY PERSONNEL**<br><br>NAME              TITLE                    LEVEL OF EFFORT<br>Cynite Ola        Project Director                     100 % |
| **6** | **AWARD PERIODS**<br><br>  BUDGET PERIOD       10/01/2024 - 02/18/2025<br>  PERFORMANCE PERIOD  10/01/2023 - 02/18/2025<br><br>FUTURE BUDGET PERIODS<br><br>N/A |
| **7** | **AUTHORIZED FUNDING**<br><br>  THIS ACTION                  N/A<br>  BUDGET PERIOD          $4,578,311.00<br>  PERFORMANCE PERIOD     $11,099,378.00<br>  RECIPIENT COST-SHARE         0.00%<br>  RECIPIENT NON-FEDERAL AMOUNT   $0.00 |
| **8** | **ADMINISTRATIVE INFORMATION**<br><br>  UEI            S79QLA3H92D7<br>  REGULATIONS    CFR PART D<br>                 EDGAR AS APPLICABLE<br>                 2 CFR AS APPLICABLE<br>  ATTACHMENTS    N/A |
| **9** | **LEGISLATIVE AND FISCAL DATA**<br><br>  AUTHORITY:           PL 109-149 V ELEMENTARY AND SECONDARY EDUCATION ACT, AS AMENDED<br>  PROGRAM TITLE:       TEACHER INCENTIVE FUND<br>  CFDA/SUBPROGRAM NO:  84.374A |



S374A230040 - 24

**US Department of Education**
**Washington, D.C. 20202**

# GRANT AWARD NOTIFICATION

**10**

| | |
|---|---|
| PR/AWARD NUMBER: | S374A230040 - 24 |
| RECIPIENT NAME: | Teaching Lab |
| GRANTEE NAME: | TEACHING LAB |
| | 1802 VERNON ST NW, |
| | WASHINGTON, DC - |
| PROGRAM INDIRECT COST TYPE: | Restricted |
| PROJECT INDIRECT COST RATE: | 10% |

TERMS AND CONDITIONS

(1)  THE BUDGET PERIOD AND PERFORMANCE PERIOD FOR THIS PROJECT ARE CHANGED TO THE DATES IN BLOCK 6. NO ADDITIONAL FUNDS ARE PROVIDED BY THIS ACTION.

(2)  The grant is deemed to be inconsistent with, and no longer effectuates, Department priorities. See 2 C.F.R. 200.340(a)(4); see also 34 C.F.R. 75.253.

_____   _____

**AUTHORIZING OFFICIAL**                                    **DATE**

Ver. 1

# EXPLANATION OF BLOCKS ON THE GRANT AWARD NOTIFICATION

**For Discretionary, Formula and Block Grants** (See Block 2 of the Notification)

**1. RECIPIENT NAME -** The legal name of the recipient or name of the primary organizational unit that was identified in the application, state plan or other documents required to be submitted for funding by the grant program.

**2. AWARD INFORMATION -** Unique items of information that identify this notification.

**PR/AWARD NUMBER -** A unique, identifying number assigned by the Department to each application. On funded applications, this is commonly known as the "grant number" or "document number." The PR/Award Number is also known as the Federal Award Identifying Number, or FAIN.

**ACTION NUMBER -** A numeral that represents the cumulative number of steps taken by the Department to date to establish or modify the award through fiscal or administrative means. Action number "01" will always be "NEW AWARD"

**ACTION TYPE -** The nature of this notification (e.g., NEW AWARD, CONTINUATION, REVISION, ADMINISTRATIVE)

**AWARD TYPE -** The particular assistance category in which funding for this award is provided, i.e., DISCRETIONARY, FORMULA, or BLOCK. If this award was made under a Research and Development grant program, the terms RESEARCH AND DEVELOPMENT will appear under DISCRETIONARY, FORMULA OR BLOCK.

**3. PROJECT STAFF -** This block contains the names and telephone numbers of the U.S. Department of Education and recipient staff who are responsible for project direction and oversight.

**\*RECIPIENT PROJECT DIRECTOR -** The recipient staff person responsible for administering the project. This person represents the recipient to the U.S. Department of Education.

**EDUCATION PROGRAM CONTACT -** The U.S. Department of Education staff person responsible for the programmatic, administrative and businessmanagement concerns of the Department.

**EDUCATION PAYMENT CONTACT -** The U.S. Department of Education staff person responsible for payments or questions concerning electronic drawdown and financial expenditure reporting.

**4. PROJECT TITLE AND CFDA NUMBER -** Identifies the Catalog of Federal Domestic Assistance (CFDA) subprogram title and the associated subprogram number.

**5.\* KEY PERSONNEL -** Name, title and percentage (%) of effort the key personnel identified devotes to the project.

**6. AWARD PERIODS -** Project activities and funding are approved with respect to three different time periods, described below:

**BUDGET PERIOD -** A specific interval of time for which Federal funds are being provided from a particular fiscal year to fund a recipient's approved activities and budget. The start and end dates of the budget period are shown.

**PERFORMANCE PERIOD -** The complete length of time the recipient is proposed to be funded to complete approved activities. A performance period may contain one or more budget periods.

**\*FUTURE BUDGET PERIODS -** The estimated remaining budget periods for multi-year projects and estimated funds the Department proposes it will award the recipient provided substantial progress is made by the recipient in completing approved activities, the Department determines that continuing the project would be in the best interest of the Government, Congress appropriates sufficient funds under the program, and the recipient has submitted a performance report that provides the most current performance information and the status of budget expenditures.

**7. AUTHORIZED FUNDING -** The dollar figures in this block refer to the Federal funds provided to a recipient during the award periods.

**\*THIS ACTION -** The amount of funds obligated (added) or de-obligated (subtracted) by this notification.

**\*BUDGET PERIOD -** The total amount of funds available for use by the grantee during the stated budget period to this date.

**\*PERFORMANCE PERIOD -** The amount of funds obligated from the start date of the first budget period to this date.

**RECIPIENT COST SHARE -** The funds, expressed as a percentage, that the recipient is required to contribute to the project, as defined by the program legislation or regulations and/or terms and conditions of the award.

**RECIPIENT NON-FEDERAL AMOUNT -** The amount of non-federal funds the recipient must contribute to the project as identified in the recipient's application. When non-federal funds are identified by the recipient where a cost share is not a legislation requirement, the recipient will be required to provide the non-federal funds.

**8. ADMINISTRATIVE INFORMATION -** This information is provided to assist the recipient in completing the approved activities and managing the project in accordance with U.S. Department of Education procedures and regulations.

**UEI -** The UEI, issued in SAM.gov, is a unique 12 character organization identifier assigned to each recipient for payment purposes.

- **\*REGULATIONS -** Title 2 of the Code of Federal Regulations(CFR), Part 200 as adopted at 2 CFR 3474; the applicable parts of the Education Department General Administrative Regulations (EDGAR), specific program regulations (if any), and other titles of the CFR that govern the award and administration of this grant.
- **\*ATTACHMENTS -** Additional sections of the Grant Award Notification that discuss payment and reporting requirements, explain Department procedures, and add special terms and conditions in addition to those established, and shown as clauses, in Block 10 of the award. Any attachments provided with a notification continue in effect through the project period until modified or rescinded by the Authorizing Official.

**9. LEGISLATIVE AND FISCAL DATA -** The name of the authorizing legislation for this grant, the CFDA title of the program through which funding is provided, and U.S. Department of Education fiscal information.

**FUND CODE, FUNDING YEAR, AWARD YEAR, ORG.CODE, PROJECT CODE, OBJECT CLASS -** The fiscal information recorded by the U.S. Department of Education's Grants Management System (G5) to track obligations by award.
**AMOUNT -** The amount of funds provided from a particular appropriation and project code. Some notifications authorize more than one amount from separate appropriations and/or project codes. The total of all amounts in this block equals the amount shown on the line, "THIS ACTION" (See "AUTHORIZED FUNDING" above (Block 7)).

**10. TERMS AND CONDITIONS -** Requirements of the award that are binding on the recipient.
- **\*PARTICIPANT NUMBER -** The number of eligible participants the grantee is required to serve during the budget year.
- **\*GRANTEE NAME -** The entity name and address registered in the System for Award Management (SAM). This name and address is tied to the UEI registered in SAM under the name and address appearing in this field. This name, address and the associated UEI is what is displayed in the SAM Public Search.
- **\*PROGRAM INDIRECT COST TYPE -** The type of indirect cost permitted under the program (i.e. Restricted, Unrestricted, or Training).
- **\*PROJECT INDIRECT COST RATE -** The indirect cost rate applicable to this grant.
- **\*AUTHORIZING OFFICIAL -** The U.S. Department of Education official authorized to award Federal funds to the recipient, establish or change the terms and conditions of the award, and authorize modifications to the award

**FOR FORMULA AND BLOCK GRANTS ONLY:**
**(See also Blocks 1, 2, 4, 6, 8, 9 and 10 above)**
**3. PROJECT STAFF -** The U.S. Department of Education staff persons to be contacted for programmatic and payment questions.
**7. AUTHORIZED FUNDING**
- **CURRENT AWARD AMOUNT -** The amount of funds that are obligated (added) or de-obligated (subtracted) by this action.
- **PREVIOUS CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant before this action.
- **CUMULATIVE AMOUNT -** The total amount of funds awarded under the grant, this action included.

**10. AFFILIATE -** If an affiliate digital signature appears on this GAN, it is the digital signature belonging to the individual delegated the authority to affix the Authorizing Official's signature to the GAN.

\* This item differs or does not appear on formula and block grants.

# Exhibit B



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF SECONDARY AND ELEMENTARY EDUCATION
OFFICE OF ADMINISTRATION

2/18/2025

Cynite Ola
Project Director
TEACHING LAB
1802 Vernon St NW
Pmb 533
Washington, DC 20009

RE: Grant Award Termination

Dear  Cynite Ola  :

This letter provides notice that the United States Department of Education is terminating your federal award,  S374A230040  . *See* 2 C.F.R. § 200.340-43; *see also* 34 C.F.R. § 75.253.

It is a priority of the Department of Education to eliminate discrimination in all forms of education throughout the United States. The Acting Secretary of Education has determined that, per the Department's obligations to the constitutional and statutory law of the United States, this priority includes ensuring that the Department's grants do not support programs or organizations that promote or take part in diversity, equity, and inclusion ("DEI") initiatives or any other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic. Illegal DEI policies and practices can violate both the letter and purpose of Federal civil rights law and conflict with the Department's policy of prioritizing merit, fairness, and excellence in education. In addition to complying with the civil rights laws, it is vital that the Department assess whether all grant payments are free from fraud, abuse, and duplication, as well as to assess whether current grants are in the best interests of the United States.

The grant specified above provides funding for programs that promote or take part in DEI initiatives or other initiatives that unlawfully discriminate on the basis of race, color, religion, sex, national origin, or another protected characteristic; that violate either the letter or purpose of Federal civil rights law; that conflict with the Department's policy of prioritizing merit, fairness, and excellence in education; that are not free from fraud, abuse, or duplication; or that otherwise fail to serve the best interests of the United States. The grant is therefore inconsistent with, and no longer effectuates, Department priorities. *See* 2 C.F.R. § 200.340(a)(4); *see also* 34 C.F.R. § 75.253. Therefore, pursuant to, among other authorities, 2 C.F.R. § 200.339-43, 34 C.F.R. § 75.253, and the termination provisions in your grant award, the Department hereby terminates grant No.  S374A230040  in its entirety effective  2/18/2025  .

400 MARYLAND AVE., S.W., WASHINGTON, DC  20202
www.ed.gov

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

If you wish to object to or challenge this termination decision, you must submit information and documentation supporting your position in writing within 30 calendar days of the date of this termination notice. Objections and challenges must be sent by email and first-class mail and addressed to the component head that oversees the grantmaking unit, which will typically be the Assistant Secretary of that unit. In this case, please address your objection or challenge to Ruth Ryder, Acting Assistant Secretary; Office of Elementary and Secondary Education; 400 Maryland Ave., SW; Washington, D.C. 20202; ruth.ryder@ed.gov.

Your appeal should contain the following:
1. a copy of the written notice of termination;
2. the date you received written notice of termination;
3. a brief statement of your argument and the disputed factual, legal, or other issues;
4. the amount of funds or costs in dispute, if any; and
5. any other relevant documents.

*See id.* § 200.342.

Costs incurred by you after this termination are allowable only if (a) those costs were properly incurred by you before the effective date of this termination, and not in anticipation of it; and (b) those costs would be allowable if your federal award was not suspended or expired normally at the end of the period of performance in which the termination takes effect. *See* 2 C.F.R. § 200.343. You are encouraged to carefully review and discharge your closeout responsibilities set forth in 2 C.F.R. § 200.344-45 and your award agreement. Those responsibilities include, but are not limited to, your obligation to "promptly refund any unobligated funds" that have been paid out but "are not authorized to be retained." *See* 2 C.F.R. § 200.344(g). Failure to do so will result in the Department filing a report documenting your "material failure to comply with the terms and conditions of" this award on SAM.gov and taking any other appropriate enforcement actions. *See id.* § 200.344(i).

Finally, you are reminded of your duties under your agreement and Department of Education guidance regarding retention of grant records for at least three years.

Respectfully,

Mark Washington
Deputy Assistant Secretary for Management and Planning


cc: Ruth Ryder

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

# Exhibit C

![Teaching Lab]

# NYC District 9 Literacy Outcomes

In our SY22-23 partnership with NY District 9 schools, Teaching Lab supported 61 K-2 teachers. We compared classrooms of teachers supported by Teaching Lab to classrooms that were not supported by Teaching Lab and saw the following impacts on student performance on Acadience testing.

**The main finding is that a higher percentage of classrooms supported by Teaching Lab outperform their school and district averages compared to classrooms not supported by Teaching Lab** on measures of % of students at/above benchmark in the spring and typical/better progress from fall to spring.

## Teaching Lab supported classrooms outperformed non Teaching Lab classrooms within respective schools.

72% of Teaching Lab classrooms were **at or above their respective school's average of % students At/Above Benchmark** for Spring 2023, while this was only 43% of classrooms not supported by Teaching Lab. Similarly, 64% of Teaching Lab classrooms were **at or above their respective school's average of % students with Typical or Better Progress** from Fall 2022 to Spring 2023, while this was only 44% of classrooms not supported by Teaching Lab.

NY D9 Acadience Student Performance
% of Classrooms At or Above Respective School Averages

At/Above Benchmark Spring 2023: TL Supported 72%, Not Supported by TL 43%
Typical/Better Progress From Fall 2022 to Spring 2023: TL Supported 62%, Not Supported by TL 44%

## Teaching Lab supported classrooms outperformed non Teaching Lab classrooms and district averages within D9.

Compared to the district averages, 55% of Teaching Lab classrooms were **at or above the NY D9 Average** of % students At/Above Benchmark for Spring 2023, while this was only 32% of classrooms not supported by Teaching Lab.



NY D9 Acadience Student Performance: At or Above Benchmark Spring 2023
% of Classrooms At or Above NY D9 District Average
TL Supported 55%, Not Supported by TL 32%

Additionally, the average % of students At or Above Benchmark for Spring 2023 for Teaching Lab supported classrooms was higher than the D9 District Average at 40%, while the average for classrooms not supported by Teaching Lab was below the D9 District Average at 31%. In Teaching Lab supported classrooms, each grade level outperformed the NY D9 District Average for % of Students At/Above Benchmark for Spring 2023.



NY D9 Acadience Student Performance: At or Above Benchmark Spring 2023
Average % of Students in Classrooms
TL Supported 40%, Not Supported by TL 31%, NY D9 Average 37%



NY D9 Acadience Student Performance: At or Above Benchmark Spring 2023
Average % of Students By Grade Level
Grade K: TL Supported 37%, NY D9 Average 35%
Grade 1: TL Supported 43%, NY D9 Average 37%
Grade 2: TL Supported 43%, NY D9 Average 38%