IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>DENISE CARTER, *et al.*,<br><br>*Defendants*. | Civil Action No. 25-cv-00702 |

**[*PROPOSED*] ORDER GRANTING PLAINTIFFS AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, NATIONAL CENTER FOR TEACHER RESIDENCIES, AND THE MARYLAND ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION'S MOTION FOR TEMPORARY RESTRAINING ORDER/ PRELIMINARY INJUNCTION**

This matter comes before the Court on the American Association of Colleges for Teacher Education, the National Center for Teacher Residencies, and the Maryland Association of Colleges for Teacher Education's (collectively, "Plaintiffs") Motion for a Temporary Restraining Order and/or Preliminary Injunction. Having reviewed the papers filed in support of and in opposition to this motion and, in accordance with Federal Rule of Civil Procedure 65, the Court finds that Plaintiffs have satisfied the requirements for issuance of a temporary restraining order and/or preliminary injunction. Plaintiffs have shown a substantial likelihood of success on the merits. Plaintiffs suffer a substantial threat of irreparable injury if an injunction does not issue. The threatened injury outweighs any harm that will result if the injunction is granted. And, the grant of an injunction will serve the public interest.

It is therefore ORDERED that:

1. Defendants are ENJOINED from enforcing the terminations of the TQP, SEED, and TSL grants on a nationwide basis;

2. Defendants are ORDERED to reinstate such grant funding immediately;

3. Defendants are further ORDERED to provide the Grant Recipients reimbursement for all otherwise allowable expenditures incurred between the date of termination and the Court's order;

4. Defendants are further ENJOINED from terminating any additional TQP, SEED, and TSL grants if such termination would be inconsistent with the Court's rulings; and

5. Defendants are further ORDERED to remove the route pay grant conditions from TQP, SEED, and TSL grants.

This preliminary injunction shall take effect immediately and shall remain in effect pending further order of the Court.

Plaintiffs are not required to post a bond. The Court finds that security is not required under the circumstances of this case.

**SO ORDERED.**

DATED this _____ day of _____, 2025, at _____ a.m./p.m.

_____
United States District Judge