# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION,** *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>**LINDA MCMAHON,** as Sec'y of Educ., *et al.*,<br><br>*Defendants.* | Civil No. 1:25-cv-00702-JRR |

## ORDER

Federal Rule of Civil Procedure 25(d) provides:

"An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution."

FED. R. CIV. P. 25(d).

In accordance with Rule 25(d), it is this 6th day of March 2025:

**ORDERED** that Linda McMahon, Secretary of Education, be substituted for Denise Carter (former Acting Secretary of Education) as a Defendant in this action. Madam Clerk shall make the appropriate docket notations to reflect this change and the parties shall conform their papers accordingly.

/S/
_____
Julie R. Rubin
United States District Judge