IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AACTE, et. al., | * |
| | * |
| PLAINTIFFS, | * |
| | * |
| v. | *   No. 25-cv-702 (JRR) |
| | * |
| McMAHON, et al., | * |
| | * |
| DEFENDANTS. | * |
| | ****** |

**DEFENDANTS' HEARING EXHIBIT LIST**

| Exhibit No. | Stipulated | Identified | Admitted | Description |
|---|---|---|---|---|
| 1 | X | MAR 1 3 2025 | MAR 1 3 2025 | Defendants' Status Report filed in *California v. U.S. Dep't of Educ., et al.,* Case No. 1:25-cv-10548-MJJ (D. Mass.) (ECF No. 50) |
| 2 | X | MAR 1 3 2025 | MAR 1 3 2025 | Declaration of Rachel Oglesby filed in *California v. U.S. Dep't of Educ., et al.,* Case No. 1:25-cv-10548-MJJ (D. Mass.) (ECF No. 55-1) |
| 3 | | MAR 1 3 2025 | MAR 1 3 2025 | Exhibit 9 to PI/TRO Motion, *National Association of Diversity Officers in Higher Education v. Trump,* 1:25-cv-00333-ABA (D. Md.) (ECF No. 27-13) (Jan. 29, 2025 letter from HHS) |
| 4 | | | | U.S. Department of Education Initiates Reduction in Force, Ed.gov (Mar. 11, 2025) (https://www.ed.gov/about/news/press-release/us-department-of-education-initiates-reduction-force) |
| 5 | | MAR 1 3 2025 | MAR 1 3 2025 | ECF 39-10 - Letters NADOHE |
| | | | | |
| | | | | |

|  |  |  |  |
|--|--|--|--|
|  |  |  |  |
|  |  |  |  |

Respectfully submitted,

KELLY O. HAYES
U.S. Attorney

/s/
Molissa H. Farber (802255)
Megan L. Micco (20936)
Assistant U.S. Attorneys
U.S. Attorney's Office, District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4862
Molissa.Farber@usdoj.gov
Megan.Micco@usdoj.gov