

Joshua W. Richards
Phone: (215) 972-7737
Fax: (215) 972-7725
Joshua.Richards@saul.com
www.saul.com

March 13, 2025

*Via ECF*
Honorable Julie R. Rubin, District Judge
101 West Lombard Street
Chambers 3A
Baltimore, MD 21201

    Re:    *AACTE et al. v. Linda McMahon et al.*
             Civil Action No 1:25-cv-00702-JRR

Dear Judge Rubin,

    Consistent with the Court's instructions at today's argument in the above-captioned case, I am providing information that Plaintiffs were able to gather prior to the close of business today about AACTE's member organizations which were awarded TQP, SEED, or TSL grants for programs in Maryland, and the status of those grants.

    As reflected in the table below, we can confirm that four of AACTE's member organizations which were awarded TQP or SEED grants for programs in Maryland received notices from the Department of Education that their grant funding was provisionally reinstated for a period of 14 days late on March 12th or early on March 13th. However, to the best of our knowledge, none of the Maryland members have received grant funding as of the date and time of this letter, notwithstanding the fact that they received notifications of reinstatement. Based on our understanding of the facts, TNTP, Inc. and Towson University have accessed the G5 system to request grant funding since the provisional reinstatement, but have not been able to draw funds thus far. Despite our diligence, we have not yet been able to ascertain whether the same is true for Frostburg State University or University of Maryland, College Park.

Centre Square West, 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186 ◆ Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP

| Member | Grant Program | Grant Amount | February 2025 Notice of Grant Termination | Notice of 14-Day[1] Grant Reinstatement |
|---|---|---|---|---|
| Coppin State University | TQP | $4,111,319 | No | N/A |
| Frostburg State University | TQP | $3,587,710 | Yes | Yes |
| University of Maryland, College Park | SEED | $4,808,682 | Yes | Yes |
| TNTP, Inc.[2] | SEED | $12,645,980 | Yes | Yes |
| Towson University | TQP | $5,153,884 | Yes | Yes |

Very truly yours,

Joshua W. B. Richards

---

[1] We note that although member organizations received a 14-day reprieve to termination of their grants, as a practical matter, without any certainty that their grants will be reinstated beyond this 14 days, member organizations cannot spend additional funds on the programs funded by the grants in the absence of some certainty that they will be reimbursed by the Department for allowable expenditures.

[2] TNTP is a New York organization but operates grant-funded programs in Maryland with grant-funded partners.