IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON, in her official capacity as Secretary of Education, *et al.*,<br><br>*Defendants*. | Civil No.: 1:25-cv-00702-JRR |

## ORDER

The court has before it Plaintiffs American Association of Colleges for Teacher Education, National Center for Teacher Residencies, and Maryland Association of Colleges for Teacher Education's Motion for Preliminary Injunction. (ECF No. 5; the "Motion.") The court has considered the parties' motions papers, as well as arguments made and exhibits offered at oral argument held March 13, 2025. For the reasons set forth in the accompanying memorandum opinion[1] and in accordance with Federal Rule of Civil Procedure 65, it is this 17th day of March 2025:

**ORDERED** that Plaintiffs' Motion shall be, and is hereby, **GRANTED IN PART AND DENIED IN PART** as follows:

It is **ORDERED** that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, **SHALL**, within five (5) business days of entry of this order, **REINSTATE** the TQP, SEED, and TSL Grant Awards of Plaintiff NCTR and Plaintiffs' Grant Recipient members in accordance with the Grant Award Notification

---

[1] All terms defined in the court's accompanying memorandum opinion shall have the same meanings here.

terms and conditions in place immediately prior to issuance of Termination Letters by the Department; and further it is

**ORDERED** that Defendants United States Department of Education and Linda McMahon, in her official capacity as Secretary of Education, **SHALL NOT TERMINATE**, and are **ENJOINED** from terminating, any TQP, SEED, or TSL Grant Program award in a manner this court has determined is likely unlawful as violative of the Administrative Procedure Act as described in the accompanying memorandum opinion; and further it is

**ORDERED** that the Motion shall be, and is hereby, **DENIED** in all other respects; and further it is

**ORDERED** that Plaintiffs shall, within two (2) business days of entry of this order, provide Defendants a list to include Plaintiff NCTR and Plaintiffs' Grant Recipient members whose TQP, SEED, and TSL Grant Awards were terminated by the Department Termination Letter; and further it is

**ORDERED** that the parties shall file a joint status report within seven (7) business days of entry of this order, apprising the court of the status of the parties' compliance with this order; and further it is

**ORDERED** that this preliminary injunction shall remain in effect subject to further order of court; and further it is

**ORDERED**, pursuant to Federal Rule of Civil Procedure 65(c), Plaintiffs collectively **SHALL POST A BOND** of **ONE HUNDRED DOLLARS ($100.00)** with the Clerk of Court within three (3) business days of entry of this order.

/S/
_____
Julie R. Rubin
United States District Judge