**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON,<br>AS SECRETARY OF EDUCATION, *et al.*,<br><br>*Defendants*. | Civil Action No 1:25-cv-00702-JRR |

**PLAINTIFFS' STATUS REPORT**

This Status Report is to inform the Court that pursuant to the Court's March 17, 2025 order (ECF. No. 33), today counsel for Plaintiffs provided counsel for Defendants a list of Plaintiff NCTR and Plaintiffs' Grant Recipient members whose TQP, SEED, and TSL Grant Awards were terminated by the Department Termination Letter.

Dated: March 18, 2025

Respectfully Submitted,

*/s/ Joshua W.B. Richards*
Joshua W.B. Richards (*Admitted Pro Hac Vice*)
Carolyn M. Toll (*Admitted Pro Hac Vice*)
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
Tel: (215) 972-7737
joshua.richards@saul.com
carolyn.toll@saul.com

Daniel M. Moore (Bar No. 21834)
SAUL EWING LLP
1001 Fleet Street, Ninth Floor
Baltimore, Maryland 21202-4359
Telephone: (410) 332-8734
Facsimile: (410) 332-8862
daniel.moore@saul.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of March, 2025, **Plaintiffs' Status Report** was filed with the Clerk of the Court by using the CM/ECF system. I certify that the following counsel of record are registered as ECF filers and that they will be served by the CM/ECF system:

**Molissa Heather Farber**
US Attorney's Office District of MD
36 S Charles St, 4th Fl
Baltimore, MD 21201
410-209-4862
molissa.farber@usdoj.gov

**Megan Lynn Micco**
US Attorney's Office District of MD
36 S Charles St, 4th Fl
Baltimore, MD 21201
410-209-4800
megan.micco@usdoj.gov

*Attorneys for Defendants*

　　　　　　　　　　　　　　　　　　*/s/ Joshua W.B. Richards*
　　　　　　　　　　　　　　　　　　Joshua W.B. Richards