# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, ET AL<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON,<br>AS SECRETARY OF EDUCATION, ET AL<br><br>*Defendants*. | Civil Action No. 25-cv-00702-JRR |

## DECLARATION OF JOSHUA W. B. RICHARDS, ESQ.

I, JOSHUA W.B. RICHARDS, declare as follows:

1. I am admitted pro hac vice in this Court in connection with the above-captioned matter.

2. I am a partner at the law firm Saul Ewing LLP, counsel for Plaintiffs the American Association of Colleges for Teacher Education, the National Center for Teacher Residencies, and the Maryland Association of Colleges for Teacher Education (collectively, "Plaintiffs").

3. I submit this declaration in support of Plaintiffs' Response in Opposition to Defendants' Emergency Motion for Reconsideration.

4. In support of Plaintiffs' Response in Opposition to Defendants' Emergency Motion for Reconsideration, I attach a true and correct copies of the following exhibit:

    a. <u>Exhibit A</u>: Email exchange between counsel for Plaintiffs and counsel for Defendants dated March 3, 2025 at 6:21 p.m. serving Plaintiffs' Complaint

and Motion for Temporary Restraining Order/Preliminary Injunction filed in this litigation.

I declare that the foregoing is true and correct.

Executed on the <u>19th</u> day of March, 2025

Respectfully Submitted,

Joshua W.B. Richards (*Admitted Pro Hac Vice*)
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
Tel: (215) 972-7737
joshua.richards@saul.com

# EXHIBIT A

| | |
|---|---|
| **From:** | Moore, Daniel M. |
| **To:** | pardis.gheibi@usdoj.gov; Micco, Megan (USAMD); molissa.farber@usdoj.gov |
| **Cc:** | Richards, Joshua W. B.; Toll, Carolyn M. |
| **Subject:** | American Association of Colleges for Teacher Education et al v. Carter et al (25-cv-00702) |
| **Date:** | Monday, March 3, 2025 6:21:29 PM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>2025-03-03 [01] NCTR - Complaint.pdf<br>2025-03-03 [05] NCTR- Motion for TRO_PI.pdf |

All,

Please note the attached complaint, motion for temporary restraining order and/or preliminary injunction, and supporting documents that were filed in the United States District Court for the District of Maryland.

You are receiving these as counsel of record in the related case, *National Association of Diversity Officers in Higher Education et al v. Trump et al*, No. 1:25-cv-00333-ABA.  Proper service is underway, but I am sharing these courtesy copies for convenience.

Thank you.

Best,
Daniel



**Daniel M. Moore**
Associate
(410) 332-8734
daniel.moore@saul.com

Read my bio >>

1001 Fleet Street, 9th Floor
Baltimore, MD  21202-4359

CA • DE • FL • IL • MA • MD • MN • NJ • NY • PA • DC