IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

|  |  |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.*, <br><br> *Plaintiffs*, <br> v. <br><br> LINDA MCMAHON, *et al.*, <br><br> *Defendants*. | Civil Action No. 25-cv-00702-JRR |

**[*PROPOSED*] ORDER DENYING DEFENDANTS' EMERGENCY MOTION FOR RECONSIDERATION**

This matter comes before the Court on Defendants Linda McMahon, in her official capacity as Secretary of Education, U.S. Department of Education, and Donald J. Trump, in his official capacity as President of the United States (collectively the "Defendants") Emergency Motion for Reconsideration, ECF No. 36, of this Court's March 17, 2025 Memorandum Opinion and Order. ECF Nos. 33, 34.

Having reviewed the papers filed in support of Defendants' Emergency Motion for Reconsideration, and Plaintiffs American Association of Colleges for Teacher Education, the National Center for Teacher Residencies, and the Maryland Association of Colleges for Teacher Education's (collectively, "Plaintiffs") response in opposition thereto, ECF No. 38, the applicable law and record herein, it is therefore:

ORDERED that Defendants' Emergency Motion for Reconsideration is DENIED.

**SO ORDERED.**

DATED this _____ day of _____, 2025, at _____ a.m./p.m.

                                                  _____
                                                  Hon. Julie R. Rubin
                                                  United States District Judge