IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| AACTE, *et. al.*, | * | |
| | * | |
| PLAINTIFFS, | * | |
| | * | |
| v. | * | No. 25-cv-702 (JRR) |
| | * | |
| McMAHON, *et al.*, | * | |
| | * | |
| DEFENDANTS. | * | |

******

## NOTICE OF APPEAL

Notice is hereby given that Defendants in the above captioned case hereby appeal to the United States Court of Appeals for the Fourth Circuit the Order Granting in Part Plaintiffs' Motion for Preliminary Injunction, entered in this case on March 17, 2025.

March 21, 2025
Date

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:   /s/
Molissa H. Farber (802255)
Assistant United States Attorney
36 S. Charles St., 4th Floor
Baltimore, Maryland 21201
(410) 209-4862
Molissa.Farber@usdoj.gov
*Counsel for Defendants*

1