**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.,*<br><br>      *Plaintiffs*,<br><br>   v.<br><br>LINDA MCMAHON, AS SECRETARY OF EDUCATION, *et al.,*<br><br>      *Defendants*. | Civil Action No. 1:25-cv-00702-JRR |

## JOINT STATUS REPORT

Pursuant to this Court's Order dated March 17, 2025 (ECF No. 33), the American Association of Colleges for Teacher Education, the National Center for Teacher Residencies, and the Maryland Association of Colleges for Teacher Education (collectively, "Plaintiffs"), and Linda McMahon, in her official capacity as Acting Secretary of Education, the United States Department of Education (the "Department"), and Donald Trump, in his official capacity as President of the United States, (collectively, "Defendants") (collectively, the "Parties"), jointly submit this status report apprising the Court of the Parties' compliance with the Order.

### I.    *Defendants' Status Update*

On March 18, 2025, Plaintiffs provided a list of seventy-two grants that were subject to the Court's Order. Upon further review, the Parties determined there were actually seventy-one grants at issue.

As of approximately 8:15 p.m. on Monday, March 24, 2025, the Department's technical team reinstated all grants covered by the Order, removed "route pay status," approved any outstanding route pay requests from the period of termination, and moved each grant from "liquidation" status to "open" status. The Department added a grant clause to each grant's terms

and conditions noting the reinstatement pursuant to the Order. The Department also engaged a second technical team to double check the work of the first technical team and confirm compliance with the Court's Order.

The Department communicated to each recipient that their grants had been reinstated and provided each recipient with updated Grant Award Notifications. This morning, Plaintiffs' counsel expressed concern that several grant recipients had not yet received updated GANs from the Department. In response, Defendants' counsel confirmed with the Department that the identified recipients had indeed received updated GANs. Counsel for Defendants provided evidence of those communications to Plaintiffs' counsel.

## II.    *Plaintiffs' Status Update*

To date, many of the Grant Recipients reported that their grants have been reinstated in accordance with the GANs' terms and conditions in place immediately prior to issuance of the Termination Letters.[1] No one Grant Recipient has reported that it is not able to draw down on the grant funds. Some Grant Recipients have notified Plaintiffs' counsel that they have not yet received updated GANs from the Department. However, Plaintiffs' counsel raised these concerns with Defendants' counsel, and Defendants' counsel confirmed that they are actively working to ensure that all Grant Recipients receive updated GANs, to the extent that it has not already done so.

Plaintiffs' counsel is in the process of determining whether "route pay" status has been removed for all Grant Recipients. Plaintiffs' counsel will provide an update to Defendants' counsel regarding the "route pay" status by the end of the day Friday, March 28th.

* * *

---

[1] Plaintiffs have reached out to all of the Grant Recipients, but they are still awaiting replies from some Grant Recipients to confirm the status of their grants.

The Parties will attempt to resolve all issues that arise without Court intervention, and only involve the Court if it becomes necessary for compliance with the Order.


Dated: March 26, 2025                                 Respectfully Submitted,


/s/ Molissa H. Farber                                  /s/ Joshua W.B. Richards
Molissa H. Farber (Bar No. 802255)                     Joshua W.B. Richards (*Admitted Pro Hac Vice*)
Assistant U.S. Attorney                                Carolyn M. Toll (*Admitted Pro Hac Vice*)
U.S. Attorney's Office, District of Maryland           SAUL EWING LLP
36 S. Charles Street, 4th Floor                        1500 Market Street, 38th Floor
Baltimore, Maryland 21201                              Philadelphia, Pennsylvania 19102
(410) 209-4862                                         Tel: (215) 972-7737
Molissa.Farber@usdoj.gov                               joshua.richards@saul.com
                                                       carolyn.toll@saul.com
*Counsel for Defendants*
                                                       Daniel M. Moore (Bar No. 21834)
                                                       SAUL EWING LLP
                                                       1001 Fleet Street, Ninth Floor
                                                       Baltimore, Maryland 21202-4359
                                                       Telephone: (410) 332-8734
                                                       Facsimile: (410) 332-8862
                                                       daniel.moore@saul.com

                                                       *Counsel for Plaintiffs*