FILED: April 10, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 25-1281
(1:25-cv-00702-JRR)

AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION; NATIONAL CENTER FOR TEACHER RESIDENCIES; THE MARYLAND ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION,

        Plaintiffs – Appellees,

v.

LINDA MCMAHON, Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; DONALD J. TRUMP, in his official capacity as President of the United States,

        Defendants – Appellants.

------------------------------------

NATIONAL CENTER FOR LEARNING DISABILITIES,

        Amicus Supporting Appellee.

O R D E R

Upon consideration of the parties' submissions and the Supreme Court's recent order granting a stay pending appeal in the matter of *Department of Education, et al. v. California, et al.*, 604 U.S. ---, 2025 WL 1008354, at *1 (April 4, 2025), we grant the government's motion to stay the preliminary injunction.

Entered at the direction of Judge Quattlebaum with the concurrence of Judge Thacker and Judge Rushing.

For the Court

/s/ Nwamaka Anowi, Clerk