

Joshua W. Richards<br>
Phone: (215) 972-7737<br>
Fax: (215) 972-7725<br>
Joshua.Richards@saul.com<br>
www.saul.com

April 22, 2025

*Via ECF*
Honorable Julie R. Rubin, District Judge
101 West Lombard Street
Chambers 3A
Baltimore, MD 21201

  Re: *AACTE et al. v. Linda McMahon et al.*
    Civil Action No 1:25-cv-00702-JRR

Dear Judge Rubin,

  Plaintiffs respectfully request a status conference at the Court's earliest convenience regarding: (1) the potential dissolution of the Court's March 17, 2025 Order (ECF No. 33) to allow matters to proceed toward judgment in this Court (in concert with a dismissal of the pending appeal of that order); and (2) a schedule for the Government to produce the administrative record.

  Earlier today, counsel for Plaintiffs requested the Government's position on these issues. Defendants' counsel acknowledged receipt of the request and advised that she will apprise Plaintiffs of the Government's position.

  Plaintiffs respectfully request that this Court schedule a status conference at the Court's earliest convenience to discuss a schedule for the resolution of these issues.

              Very truly yours,

              Joshua W. B. Richards

Centre Square West, 1500 Market Street, 38th Floor ◆ Philadelphia, PA 19102-2186 ◆ Phone: (215) 972-7777 ◆ Fax: (215) 972-7725

CALIFORNIA  DELAWARE  FLORIDA  ILLINOIS  MARYLAND  MASSACHUSETTS  MINNESOTA  NEW JERSEY  NEW YORK  PENNSYLVANIA  WASHINGTON, DC

A DELAWARE LIMITED LIABILITY PARTNERSHIP