IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> LINDA MCMAHON, AS SECRETARY OF EDUCATION, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:25-cv-00702-JRR |

**PLAINTIFFS' RULE 60(B) MOTION TO DISSOLVE PRELIMINARY INJUNCTION AND REQUEST FOR INDICATIVE RULING UNDER RULE 62.1**

In accordance with Federal Rule of Civil Procedure 60(b), Plaintiffs the American Association of Colleges for Teacher Education ("AACTE"), the National Center for Teacher Residencies ("NCTR"), and the Maryland Association of Colleges for Teacher Education ("MACTE") (collectively, "Plaintiffs") seek to dissolve this Court's March 17, 2025 Order granting in part Plaintiffs' Motion for a Preliminary Injunction requiring Defendants Linda McMahon, in her official capacity as Secretary of Education, the United States Department of Education, and Donald Trump, in his official capacity as President of the United States, (collectively, "Defendants" or the "Government") to "reinstate the TQP, SEED, and TSL Grant Awards of Plaintiff NCTR and Plaintiffs' Grant Recipient members in accordance with the Grant Award Notification terms and conditions in place immediately prior to issuance of Termination Letters by the Department[.]" (ECF No. 33). Because the case is currently on interlocutory appeal

to the United States Court of Appeals for the Fourth Circuit[1], Plaintiffs request an immediate indicative ruling under Federal Rule of Civil Procedure 62.1(a) that this Court would grant Plaintiffs' Rule 60(b) motion if the Fourth Circuit remands for that purpose.

For the reasons set forth in the accompanying Memorandum in Support, Plaintiffs respectfully request that this Court grant their Motion.

Dated: April 27, 2025                                      Respectfully Submitted,

/s/ Joshua W.B. Richards
Joshua W.B. Richards (*Admitted Pro Hac Vice*)
Carolyn M. Toll (*Admitted Pro Hac Vice*)
SAUL EWING LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
Tel: (215) 972-7737
joshua.richards@saul.com
carolyn.toll@saul.com

Daniel M. Moore (Bar No. 21834)
SAUL EWING LLP
1001 Fleet Street, Ninth Floor
Baltimore, Maryland 21202-4359
Telephone: (410) 332-8734
Facsimile: (410) 332-8862
daniel.moore@saul.com

*Counsel for Plaintiffs*

---

[1] Defendants filed a notice of appeal on March 21, 2025 (ECF No. 46). *See AACTE et al. v. Linda McMahon et al.*, No. 25-1281 (4th Cir.).