IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMERICAN ASSOCIATION OF
COLLEGES FOR TEACHER
EDUCATION, *et al.*,

     *Plaintiffs*,

     v.

LINDA MCMAHON, in her official
capacity as Secretary of Education, *et al.*,

     *Defendants*.

Civil No.: 1:25-cv-00702-JRR

## ORDER

The court has before it Plaintiffs' Expedited Motion to Shorten Time (ECF No. 53) for Defendants' response to Plaintiffs' Rule 60(b) Motion to Dissolve Preliminary Injunction and Request for Indicative Ruling Under Rule 62.1. (ECF No. 52.)

The parties are entitled to file papers earlier than the due dates prescribed by the Local Rules, thus rendering the motion at ECF No. 52 ripe earlier than if the parties were to exhaust the periods within which to file their papers. The court, however, does not find good cause to shorten Defendants' response time with respect to the motion at ECF. 52. Therefore, the Expedited Motion to Shorten Time (ECF No. 53) shall be, and is hereby, **DENIED**.

/S/

_____
Julie R. Rubin
United States District Judge

April 28, 2025