IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINDA MCMAHON,<br>AS SECRETARY OF EDUCATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:25-cv-00702-JRR |

## JOINT NOTICE

Plaintiffs American Association of Colleges for Teacher Education, National Center for Teacher Residencies, and Maryland Association of Colleges for Teacher Education (collectively, "Plaintiffs"), and Linda McMahon, in her official capacity as Acting Secretary of Education, the United States Department of Education (the "Department"), and Donald Trump, in his official capacity as President of the United States, (collectively, "Defendants," and collectively with Plaintiffs, the "Parties"), through undersigned counsel, wish to notify the Court that the Parties have conferred and reached the following agreements:

1. Defendants do not oppose Plaintiffs' pending Rule 60(b) Motion to Dissolve Preliminary Injunction and Request for Indicative Ruling Under Rule 62.1. (ECF No. 52).

2. The Parties agree to extend the deadline for the filing of Defendants' response to the Complaint from May 5, 2025 to May 30, 2025.

3. The Parties agree Defendants will produce the administrative record in this case on or before May 19, 2025.

1

| | |
|---|---|
| Dated: May 2, 2025 | Respectfully Submitted, |
| */s/ Molissa H. Farber* | */s/ Joshua W.B. Richards* |
| Molissa H. Farber (Bar No. 802255) | Joshua W.B. Richards (*Admitted Pro Hac Vice*) |
| Megan Micco | Carolyn M. Toll (*Admitted Pro Hac Vice*) |
| Assistant U.S. Attorney | SAUL EWING LLP |
| U.S. Attorney's Office, District of Maryland | 1500 Market Street, 38th Floor |
| 36 S. Charles Street, 4th Floor | Philadelphia, Pennsylvania 19102 |
| Baltimore, Maryland 21201 | Tel: (215) 972-7737 |
| (410) 209-4862 | joshua.richards@saul.com |
| Molissa.Farber@usdoj.gov | carolyn.toll@saul.com |
| Megan.Micco@usdoj.gov | |
| | Daniel M. Moore (Bar No. 21834) |
| *Counsel for Defendants* | SAUL EWING LLP |
| | 1001 Fleet Street, Ninth Floor |
| | Baltimore, Maryland 21202-4359 |
| | Telephone: (410) 332-8734 |
| | Facsimile: (410) 332-8862 |
| | daniel.moore@saul.com |
| | |
| | *Counsel for Plaintiffs* |