**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | |
|---|---|
| AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION, *et al.,* | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:25-cv-00702-JRR |
| LINDA MCMAHON, AS SECRETARY OF EDUCATION, *et al.,* | |
| *Defendants*. | |

**<u>STIPULATION OF DISMISSAL</u>**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs American Association of Colleges for Teacher Education, National Center for Teacher Residencies, and Maryland Association of Colleges for Teacher Education, and Defendants, Linda McMahon, in her official capacity as Acting Secretary of Education, the United States Department of Education and Donald Trump, in his official capacity as President of the United States, through their undersigned counsel, hereby stipulate to the dismissal of this action.

Dated: March 17, 2026                              Respectfully Submitted,

/s/ Molissa H. Farber (with permission)            /s/ Joshua W.B. Richards
Molissa H. Farber (Bar No. 802255)                 Joshua W.B. Richards (*Admitted Pro Hac Vice*)
Megan Micco                                        Carolyn M. Toll (*Admitted Pro Hac Vice*)
Assistant U.S. Attorney                            SAUL EWING LLP
U.S. Attorney's Office, District of Maryland       1500 Market Street, 38th Floor
36 S. Charles Street, 4th Floor                    Philadelphia, Pennsylvania 19102
Baltimore, Maryland 21201                          Tel: (215) 972-7737
(410) 209-4862                                     joshua.richards@saul.com
Molissa.Farber@usdoj.gov                           carolyn.toll@saul.com
Megan.Micco@usdoj.gov

                                                   Daniel M. Moore (Bar No. 21834)
*Counsel for Defendants*                           SAUL EWING LLP
                                                   1001 Fleet Street, Ninth Floor
                                                   Baltimore, Maryland 21202-4359
                                                   Telephone: (410) 332-8734
                                                   Facsimile: (410) 332-8862
                                                   daniel.moore@saul.com

                                                   *Counsel for Plaintiffs*

2