FILED: March 19, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 25-1281
(1:25-cv-00702-JRR)

---

AMERICAN ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION; NATIONAL CENTER FOR TEACHER RESIDENCIES; THE MARYLAND ASSOCIATION OF COLLEGES FOR TEACHER EDUCATION

Plaintiffs - Appellees

v.

LINDA MCMAHON, Secretary of Education; UNITED STATES DEPARTMENT OF EDUCATION; DONALD J. TRUMP, in his official capacity as President of the United States

Defendants - Appellants

------------------------------

NATIONAL CENTER FOR LEARNING DISABILITIES

Amicus Supporting Appellee

---

O R D E R

---

Upon consideration of the stipulated motion to voluntarily dismiss, the court dismisses this appeal, upon such terms as have been agreed to by the parties, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk